## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PHILLIP TASKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | State Court Case No. 22-LA-64 |
| | ) | Removed from Circuit Court of |
| v. | ) | Peoria County, Illinois |
| | ) | |
| A & Kola, Inc, | ) | Case No. |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF REMOVAL

Comes now Defendant A & Kola, Inc., by and through its attorneys. Thomas G. Maag and the Maag Law Firm, LLC, and pursuant to 28 U.S.C. 1441, and other applicable removal statutes, and 28 U.S.C. 1332, hereby serves NOTICE of the removal of this case to the United States District Court for the Central District of Illinois.

1. That, there exists diversity of citizenship. Plaintiff, per the Complaint, paragraph 11, is a citizen of Illinois. Defendant is a Louisiana Corporation with its principle place of business in Louisiana. (Complaint, Para. 11).

2. This Court has subject matter jurisdiction, pursuant to 28 U.S.C. §1332(d)(2), in that there is diversity of citizenship, over 100 putative class members (Complaint, para. 25(a)), and more than $5,000,000.00 in controversy, exclusive of interest and costs. To wit: Plaintiff has requested $5,000.00 "for each willful and/or reckless violation." (Complaint, prayer for relief, para. C). Plaintiff has pleaded a class of "hundreds of persons." (Complaint, para. 25(a)). Assuming hundreds includes any number less than 1,000, then it includes 999. 999 multiplied by $5,000.00 = $4,995,000.00. However, while Defendant has nothing to do with the fingerprint operations at the Peoria store, but rather is a mere landlord, upon investigation, the actual number of fingerprints taken at

that store is above 1001. 1001 x $5,000.00 = $5,005,000.00, or in excess of $5,000,000.00. Plaintiff also seeks punitive damages and injunctive relief, which further increase the damages at issue, thus, whether the number of class members is 999 or 1001, more than $5,000,000.00, exclusive of interest and costs is satisfied. Thus, there is subject matter jurisdiction under the Class Action Fairness Act.

3. Removal is timely, While Defendant has never been formally served, a copy of the summons and complaint was left at certain property owned by Defendant, but leased to another company, in a countertop at a store in Port Allen, Louisiana, on May 15, 2022. This notice of removal is filed within 30 days thereof.

4. A copy of the summons and complaint that was left in Port Allen, Louisiana, but not actually served, is attached hereto.

5. This Court is the appropriate court for a removal from the Circuit Court of Peoria County, Illinois.

6. A copy of this notice of removal has been sent to the Clerk of Court, of Peoria County, Illinois.

WHEREFORE, Defendant A & Kola, Inc., humbly requests this Honorable Court take and accept this case for removal to this Court, and hear all matters related therein.

Dated: 6-1-2022

Respectfully Submitted,
A & Kola, Inc.,

By: s/Thomas G. Maag

Thomas G. Maag
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095

Phone: 618-216-5291
tmaag@maaglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was mailed to the following, via first class mail, on this date:

Roberto Luis Costales
William H. Beaumont
107 W Van Buren, Suite 209
Chicago, IL  60605

Date: 6-1-2022                              s/Thomas G. Maag